**Dismissed and Memorandum Opinion filed August 11, 2020.**



**In The**

## Fourteenth Court of Appeals

---

**NO. 14-19-00993-CV**

---

**IBIRONKE ONITIJU, Appellant**

**V.**

**BEAUTY EMPIRE CORPORATION BEAUTY EMPIRE STORE, BEAUTY EMPIRE, SOON HI WOO, KU YEL LEE, AND HIN JU KWAK KIM (AKA SEAN KIM), Appellees**

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2018-33544**

---

### MEMORANDUM OPINION

This is an attempted appeal from an order signed November 25, 2019. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness*

*Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). The underlying order in this case fails to dispose of the claims against Hin Ju Kwak Kim.

On July 3, 2020, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before July 13, 2020. *See* Tex. R. App. P. 42.3(a). Appellant responded by requesting that this court abate the appeal pursuant to Texas Rule of Appellate Procedure 27.2 until the trial court renders a default judgment against appellee Hin Ju Kwak Kim. *See* Tex. R. App. P. 27.2. This court denied that request because the rendering of a default judgment is more than a mere clarification of an order as contemplated by the Texas Supreme Court in *Lehmann*. *See Lehmann*, 39 S.W.3d at 206 & n.92. *See also Coastal Terminal Operators v. Essex Crane Rental Corp.*, 133 S.W.3d 335, 339 (Tex. App.—Houston [14th Dist.] 2004, no pet.); *Iacono v. Lyons*, 6 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 1999, no pet.); *Leniek v. Evolution Well Services, LLC*, No. 14-18-00954-CV, 2019 WL 438825 at *2 (Tex. App.—Houston [14th Dist.] Apr. 2, 2019, no pet.).

Accordingly, the appeal is ordered dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain.